PROB 12C
(7/93)

Report Date: May 1, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawn William Dallas | Case Number: 0980 2:13CR02136-WFN-1 |
| Address of Offender: ███████████████ | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 18 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: March 18, 2015 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: March 17, 2018 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**:  The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On April 28, 2015, Shawn Dallas was arrested on the following charges: eluding, first degree driving while license suspended, and vehicular assault.  A declaration of probable cause was filed on April 29, 2015, in Yakima County Superior Court, Yakima, Washington, under cause number 15-1-00619-9.  He is scheduled to be arraigned on May 13, 2015, at 9 a.m. in Yakima County Superior Court, Yakima, Washington. |
| | According to the declaration of probable cause, the Yakima Police Department incident report states "On 04-28-2015 at about 1122 hours, there was a report of an armed robbery that had just occurred at 818 N 1st St and the suspect vehicle was described as a green Volkswagen Jetta, license plate AUZ264. |
| | At about 1125 hours, I was driving north bound on 16th Ave approaching River Rd when I observed a green Volkswagon Jetta driving west on River Rd, approaching 16th Ave. (This is in the city/county of Yakima.) As I drove by this vehicle, I saw that the front license plate did not match the license plate given. I made a u turn and the Jetta turned north onto 16th |

Ave. I made a u turn again and got behind the vehicle as it then accelerated to about 60 mph (in a 35 mph zone.) This vehicle appeared to be occupied by 4 subjects.

The vehicle, AUZ3964 turned west onto Highway 12 and and accelerated faster than 110 mph, as this was the speed of my patrol vehicle and the suspect vehicle was pulling away from me. The vehicle turned south onto Ackley and drove into the on-coming traffic lane nearly colliding with a vehicle that was west on Powerhouse at Ackley. The suspect vehicle then turned south on Naches Heights Rd. The suspect vehicle drove into the on-coming lane, on a blind corner and around the mail truck.

I was not readily able to get around the mail truck as I could not see if there were vehicles coming in the other lane. When it was safe, I drove around this truck but now the suspect vehicle was far in front of me, about 1/4 of a mile. The speeds of my patrol vehicle were approximately 90 mph but I did not appear to gain much distance on the suspect vehicle. This road had numerous bends in it and some bends had posted, suggested speeds of 25mph.

I pursued this vehicle for approximately 6 minutes before I lost sight of it near Naches Heights and Dahl Rd. A moment later Officer ▮▮▮▮ recontacted the vehicle, which ended in a collision on S Naches Rd approaching Powerhouse.

All of the occupants were still sitting in the vehicle at this time and officers assisted in removing them. Shawn W Dallas ▮▮-89 was in the driver's seat, Ted D Thorton ▮▮-86 was in the front passenger's seat, Christina A Rodriguez ▮▮-85 was in the right rear, rear passenger's seat and Christopher L Cornelius ▮▮-90 was in the left, rear passenger's seat.

Dallas was placed in Officer ▮▮▮▮ vehicle and Officer ▮▮▮▮ read Dallas his Miranda warnings. I then spoke to Dallas and told him I was the pursuing officer and that he was driving very fast. Dallas then said that there was a gun to his head, causing him to drive that way.

A firearm, which was thrown from the suspect vehicle during the time that I was pursuing it, was later located.

Thorton was taken to the hospital and suffered a broken right femur.

WSP is investigating a possible DUI on Dallas and blood was drawn subsequent a search warrant.

A computer check of DOL confirmed Dallas' driving status to be suspended in the 1st degree. Dallas was booked into the county jail for Attempting to Elude, Vehicular Assault (on Thorton) and DWLS/R 1st Degree."

The report was composed and signed by Officer ▮▮▮▮ badge number ▮▮ on 04/28/2015.

Prob12C
**Re: Dallas, Shawn William**
May 1, 2015
Page 3

    2    **Special Condition # 15**:  You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.  You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**:  Mr. Dallas failed to attend his counseling session on April 23, 2015, because he "had to babysit."

    3    **Standard Condition #9**:  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

        **Supporting Evidence**:  At the time of Mr. Dallas' arrest on April 28, 2015, it was determined there was a federal felon who was on absconder status also in the vehicle. The defendant did not request permission from this officer to have contact with this person.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 1, 2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

May 1, 2015

Date