PROB 12C
(6/16)

Report Date: December 21, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shawn William Dallas          Case Number: 0980 2:13CR02136-MKD-1

Address of Offender:                            Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: May 5, 2014

Original Offense:      Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 18 months;          Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation Sentence:   Prison - 6 months;
April 13, 2017         TSR - 30 months

Asst. U.S. Attorney:   Ian Garriques               Date Supervision Commenced: September 9, 2017

Defense Attorney:      To be assigned              Date Supervision Expires: March 8, 2020

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

      1                 **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

                        **Supporting Evidence**: Mr. Dallas' conditions were reviewed with him on September 12, 2017. He signed and acknowledged understanding of his conditions including the standard condition as noted above.

                        Mr. Dallas violated standard condition #2 on December 20, 2017, by not reporting to the Sobriety Treatment and Education Program (STEP) as directed. Mr. Dallas participated in STEP Court on December 6, 2017, and at the conclusion of STEP Court, Mr. Dallas signed a status report directing him to report for his next STEP Court session on December 20, 2017, at 10:30 a.m. This officer also spoke with Mr. Dallas on December 15, 2017, and reminded him to report for STEP Court on December 20, 2017. Mr. Dallas has failed to contact this officer to discuss his reason for not reporting as directed.

Prob12C
**Re: Dallas, Shawn William**
**December 21, 2017**
**Page 2**

2     **Standard Condition # 6**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arraignments (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Dallas' conditions were reviewed with him on September 12, 2017. He signed and acknowledged understanding of his conditions including the standard condition as noted above.

On December 20 and 21, 2017, this officer spoke with Mr. Dallas' father. According to Mr. Dallas' father, the offender did not stay the night at his approved address on December 19 and 20, 2017. Mr. Dallas' father is unaware of the offender's current location and is concerned for the safety of the offender. Mr. Dallas failed to notify this officer that he would be changing his living arraignments.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 21, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer
12/22/2017
Date