PROB 12C
(6/16)

Report Date: December 27, 2017

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shawn William Dallas     Case Number: 0980 2:13CR02136-SMJ-1

Address of Offender:                Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: May 5, 2014

Original Offense:  Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 18 months;      Type of Supervision: Supervised Release
                    TSR - 36 months

Revocation Sentence:  Prison - 6 months;
April 13, 2017        TSR - 30 months

Asst. U.S. Attorney:  Ian Garriques         Date Supervision Commenced: September 9, 2017

Defense Attorney:     To be assigned        Date Supervision Expires: March 8, 2020

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/21/2017.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 3 | **Mandatory Condition # 1**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Dallas violated mandatory condition #1 on December 23, 2017, by allegedly making a false statement to the Yakima Police Department (YPD), in violation of the Revised Code of Washington (RCW) 9A.76.175; Yakima County Superior Court cause number 17-1-025613-9. (See narrative below) |
| 4 | **Mandatory Condition # 1**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Dallas violated mandatory condition #1 on December 23, 2017, by allegedly obstructing a law enforcement officer, in violation of RCW 9A76.020; Yakima County Superior Court cause number 17-1-025613-9.  (See narrative below) |

Prob12C
Re: Dallas, Shawn William
December 27, 2017
Page 2

    5        **Mandatory Condition # 1**: The defendant shall not commit another federal, state, or local crime.

            **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

            **Supporting Evidence**: Mr. Dallas violated mandatory condition #1 and standard condition #10 on December 23, 2017, by allegedly unlawfully possessing a firearm in violation of RCW 9.401.040(1); Yakima County Superior Court cause number 17-1-025613-9.

            Mr. Dallas' conditions were reviewed with him on September 12, 2017. He signed and acknowledged understanding of his conditions. According to the YPD report incident number 17Y055999, the following occurred:

            On December 23, 2017, YPD contacted Mr. Dallas and two other individuals on the 1300 block of North Second Street in Yakima, Washington. YPD was in the area looking for a suspect who recently brandished a firearm at a victim and Mr. Dallas matched the description of the individual with the firearm. Mr. Dallas initially identified himself as Gustin M. Allen, provided a birth date of July 11, 1987, and changed his middle initial from M to Ray while talking with YPD.

            As other officers arrived at the location, Mr. Dallas took off running from YPD. While Mr. Dallas ran, he was clutching the front of his coat like he was holding an object to prevent it from falling. Mr. Dallas jumped a fence and was running through yards attempting to get away from YPD. While YPD was chasing Mr. Dallas, they ordered Mr. Dallas to stop running. The offender was eventually arrested and identified himself as Shawn W. Dallas.

            In the path Mr. Dallas had ran from YPD, officers located a Hi Point JHP .45 caliber pistol, serial number X4263043, on the ground. The pistol had a bullet in the chamber and a loaded magazine.

            Mr. Dallas is currently in the Yakima County Jail with bail set at $100,000 for cause number 17-1-025613-9.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

            I declare under penalty of perjury that the foregoing is true and correct.

            Executed on:    December 27, 2017

                              s/Phil Casey

                              Phil Casey
                              U.S. Probation Officer

Prob12C
**Re: Dallas, Shawn William**
**December 27, 2017**
**Page 3**

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____12/28/2017_____
Date